UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOSEPH SICILIA,<br><br>            Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY, et al.,<br><br>            Defendants. | CASE NO. C09-0710<br><br>**ORDER SUMMARIZING RULINGS MADE DURING TELEPHONIC CONFERENCE** |

On August 11, 2010, the Court held a telephonic hearing in this matter. The Court summarizes its rulings as follows:

1. Plaintiff's motion to extend certain deadlines (Dkt. No. 54) is GRANTED IN PART and DENIED IN PART. Subject to the stipulations recited on the record, the parties shall complete fact depositions by September 1, 2010. The deadline for expert reports shall be October 1, 2010 and the deadline for expert discovery shall be October 22, 2010. All other deadlines remain unchanged.

2. Plaintiff's motion to compel (Dkt. No. 56) is DENIED without prejudice to file a renewed motion to compel under the unified format set forth by Local Rule

37(a)(1)(B). Plaintiff's motion fails to set forth the deficiencies in Defendants' responses and the Court cannot discern, on the record presented, whether the parties have had a good faith meet and confer session on this specific subject. Any renewed motion must be filed no later than 10 days from this Order. It is the Court's expectation that most, if not all, of these issues will be resolved by the meet and confer process.

3. Defendants' motion to strike Plaintiff's untimely requests for admission (Dkt. No. 78) is GRANTED. Local Rule 16(f) includes "requests for admission" as a "discovery procedure" subject to the deadlines set forth in the rule. Accordingly, they should have been "served sufficiently early that all responses are due before" the discovery deadline. CR 16(f).

4. The Court advises counsel that a notice of unavailability has no effect on the schedule in this case.

5. The Court further instructs Mr. Gilbert that Mr. Sicilia shall not be the attorney conducting the depositions or drafting pleadings in this matter. Either Mr. Gilbert or an associate must depose the witnesses.

The Clerk shall transmit a copy of this Order to all counsel of record.

Dated this 11th day of August 2010.

*/s/ Marsha J. Pechman*
Marsha J. Pechman
United States District Judge